**IT IS ORDERED as set forth below:**

**Date: August 21, 2020**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 20-67082-SMS |
| YADESH KUMAR GOWKARRAN, | CHAPTER 7 |
| Debtor(s)/Movant(s), | |
| v. | JUDGE SIGLER |
| ROBERT PAGE ADMIN OF EST. CURTIS RAY, | CONTESTED MATTER |
| Respondent. | |

### O R D E R

Before the Court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor(s), as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No. 10). This Respondent has not filed a response; thus, the Motion is deemed to be unopposed. *See* BLR 6008-1(b), N.D. Ga. Since the creditor whose lien is sought to be avoided has failed to controvert the allegations in the Motion, it is hereby

**ORDERED** that the lien held by the Respondent upon exempt property of the above-named Movant(s) is **AVOIDED** to the extent that such lien impairs an exemption to which Movant(s) would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk of Court is directed to serve a copy of this Order on the parties on the below distribution list.

END OF DOCUMENT

DISTRIBUTION LIST

Yadesh Kumar Gowkarran
75 Shadowbrooke Circle
Loganville, GA 30052

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expressway
Atlanta, GA 30341

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Robert Page Admin of the Est. Curtis Ray
c/o John J. Richard, Attorney
Taylor English Duma, LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339